```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA
```

LI FAN,                               )
                                      )   2:09-cv-02028-GEB-JFM
          Plaintiff,                  )
                                      )   <u>STATUS (PRETRIAL</u>
     v.                               )   <u>SCHEDULING) ORDER</u>
                                      )
JANET NAPOLITANO, Secretary of the    )
Department of Homeland Security;      )
Michael C. Biggs, Field Office        )
Director, Sacramento Field Office,    )
USCIS,                                )
                                      )
                                      )
          Defendants.                 )
_____ )

        The status (pretrial scheduling) conference scheduled for October 19, 2009 is vacated since the parties indicate in the Joint Status Report that the following Order should issue.  Defendants shall provide Plaintiff with a copy of the administrative record by October 30, 2009, as Defendants state in the Joint Status Report.

<u>MOTION HEARING SCHEDULE</u>

        Cross-motions for summary judgment are scheduled as the parties' requested as follows: Plaintiff shall file a motion for summary judgment on or before November 30, 2009; Defendants shall file an opposition and a motion for summary judgment on or before December 30, 2009; Plaintiff shall file an opposition and reply on or before January 13, 2010; and Defendants shall file a reply on or before

January 19, 2010.  The motions shall be heard February 8, 2011, at 9:00 a.m., which is also the last motion hearing date.[1]

#### FINAL PRETRIAL CONFERENCE

The final pretrial conference is set for June 7, 2010 at 2:30 p.m. A joint pretrial statement shall be filed seven days before the final pretrial conference.

#### TRIAL SETTING

Trial shall commence at 9:00 a.m. on September 14, 2010.

Dated:  October 8, 2009

```
                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge
```

---

[1] This does not apply to motions for temporary restraining orders, emergency applications, or motions under Rule 16(e) of the Federal Rules of Civil Procedure.

2