IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI FAN, ) | |
| ) | |
| Plaintiff, ) | 2:09-cv-2028-GEB-JFM |
| ) | |
| v. ) | STATUS (PRETRIAL |
| ) | SCHEDULING) ORDER |
| JANET NAPOLITANO, Secretary of the ) | |
| Department of Homeland Security; ) | |
| MICHAEL C. BIGGS, Field Office ) | |
| Director, Sacramento Field Office, ) | |
| USCIS, ) | |
| Defendants. ) | |
| ) | |

      The parties first filed an untimely status report on October 9, 2009, despite the risk of being sanctioned for failure to file the status report when it was due.  The parties subsequently filed an untimely amendment to that status report.  The essence of the amendment seeks to vacate scheduling order issued on October 9, 2009, based on the information in the parties' amended status report.  This time the sanctions law will be invoked, and the below schedule governs this case.

SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

      No further service, joinder of parties or amendments to pleadings is permitted, except with leave of Court, good cause having been shown.

DISCOVERY

      All discovery shall be completed by July 27, 2010.  In this context, "completed" means that all discovery shall have been

1

conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate orders, if necessary, and, where discovery has been ordered, the order has been complied with or, alternatively, the time allowed for such compliance shall have expired.[*]

Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(c)(i)'s initial expert witness disclosure requirements on or before March 30, 2010, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(c)(ii) on or before April 30, 2010.

## MOTION HEARING SCHEDULE

The last hearing date for motions shall be September 27, 2010, at 9:00 a.m.[**]

The parties are cautioned that an untimely motion characterized as a motion in limine may be summarily denied. A motion in limine addresses the admissibility of evidence.

## FINAL PRETRIAL CONFERENCE

The final pretrial conference is set for November 22, 2010 at 11:00 a.m. The parties are cautioned that the lead attorney who WILL TRY THE CASE for each party shall attend the final pretrial conference. In addition, all persons representing themselves and appearing in propria persona must attend the pretrial conference.

---

[*] The Magistrate Judges in the Eastern District are responsible for resolving discovery disputes. See Local Rule 72-302(c)(1). A party conducting discovery near the discovery "completion" date risks losing the opportunity to have a judge resolve a discovery dispute concerning that discovery.

[**] This time deadline does not apply to motions for continuances, temporary restraining orders, emergency applications, or motions under Rule 16(e) of the Federal Rules of Civil Procedure.

The parties are warned that <u>non-trial worthy issues could be eliminated *sua sponte*</u> "[i]f the pretrial conference discloses that no material facts are in dispute and that the undisputed facts entitle one of the parties to judgment as a matter of law." <u>Portsmouth Square v. S'holders Protective Comm.</u>, 770 F.2d 866, 869 (9th Cir. 1985).

The parties shall file a <u>JOINT</u> pretrial statement no later than seven (7) calendar days prior to the final pretrial conference. The joint pretrial statement shall specify the issues for trial and shall estimate the length of the trial. The Court uses the parties' joint pretrial statement to prepare its final pretrial order and could issue the final pretrial order without holding the scheduled final pretrial conference. See <u>Mizwicki v. Helwig</u>, 196 F.3d 828, 833 (7th Cir. 1999) ("There is no requirement that the court hold a pretrial conference.").

<u>If possible, at the time of filing the joint pretrial statement counsel shall also email it in a format compatible with WordPerfect to: geborders@caed.uscourts.gov</u>.

### TRIAL SETTING

Trial shall commence at 9:00 a.m. on February 22, 2011.

Dated: November 24, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge